DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

### 26 JANUARY 2017

| 347P16 | Cape Hatteras Electric Membership Corporation, An Electric Membership Corporation Organized and Existing Pursuant to N.C. Gen. Stat. Chapter 117 v. Gina L. Stevenson and Joseph F. Noce | Plt's PDR Under N.C.G.S. § 7A-31 (COA15-1102) | Denied |
|---|---|---|---|
| 357P16 | State v. Robert Lee Nichols | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Mecklenburg County | Dismissed |
| 361P16 | North Carolina Department of Transportation v. Mission Battleground Park, DST; Mission Battleground Park Leaseco, LLC, Lessee; Lasalle Bank National Association, as Trustee for the Registered Holders of CD 2006-CD3 Commercial Mortgage Pass-Through Certificates; and LAT Battleground Park, LLC | 1. Defs' PDR Pursuant to N.C.G.S. § 7A-31 (COA16-125)<br><br>2. James F. Collins' Conditional Motion for Leave to File Amicus Brief | 1. Allowed<br><br>2. Allowed |
| 370P04-16 | State v. Anthony Leon Hoover | Def's *Pro Se* Motion for Mandamus Mandate Mandatory Injunction Appeal | Dismissed<br><br>**Hudson, J., recused** |
| 381P16 | State v. Rickey Harding Wagner, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-1111) | Denied |
| 385P16 | State v. Matthew Devon Fields | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-1086)<br><br>2. State's Motion to Deem Response Timely Filed | 1. Denied<br>2. Allowed |